

ORDERED in the Southern District of Florida on April 11, 2025.

Robert A. Mark, Judge
United States Bankruptcy Court
_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                                       Case No: 25-11437-RAM

                                                                              Chapter 13
Scott Hutchinson,

_____Debtor /

**Agreed
ORDER GRANTING IN PART AND DENYING IN PART MOTION TO
VALUE AND DETERMINE SECURED STATUS OF LIEN ON
PERSONAL PROPERTY HELD BY SPACE COAST CREDIT UNION**

THIS CASE scheduled to be heard on <u>Tuesday, April 15, 2025</u>, on the *Debtor's Motion to Value and Determine Secured Status of Lien on Personal Property* (DE 17 and DE 24; the "Motion") and Creditor's Objection to Debtor's Motion to Value Space Coast Credit Union's Claim (DE 23, the "Objection"). Based upon the debtor's assertions made in support of the Motion, the parties having agreed thereto, having considered the record in this case, and being duly advised in the premises, the Court FINDS as follows:

A.  The value of the debtor's personal property (the "Personal Property") more particularly described as follows *(Select only one)*:

<u>X</u> Motor vehicle described as follows:

LF-103 (06/14/10)

    Year and Model of motor vehicle: 2022 Infiniti QX50

    Vehicle Identification Number (VIN #): 3PCAJ5BA6NF109463

    Odometer reading: 61,460

___ Personal property other than a motor vehicle described as follows:

is $ _____ at the time of the filing of this case.

Consequently, it is **ORDERED** as follows:

1. The Motion is **GRANTED** in part and denied in part.

2. Lender has an allowed secured claim in the amount of $ **32,559.74**.

3. (Select only one):

    ___ Lender has not filed a proof of claim in this case.  The trustee shall not disburse any payments to Lender unless a proof of claim is timely filed. In the event a proof of claim is timely filed, it shall be classified as a secured claim in the amount stated in paragraph 2, above, and as a general unsecured claim for any amount in excess of scheduled secured claim, regardless of the original classification in the proof of claim as filed.  Lender's secured claim shall be paid through the plan at _____% for a total of $_____.

or

    _X_ Lender filed a proof of claim in this case.  It shall be classified as a secured claim in the amount provided in paragraph 2, above, and as a general unsecured claim in the amount of **$8,737.86**, regardless of the original classification in the proof of claim as filed. Lender's secured claim shall be paid through the plan at <u>8.50</u> % for a total of $32,559.74.

LF-103 (06/14/10)

4.  The Personal Property may not be sold or refinanced without proper notice and further order of the Court.

5.  Notwithstanding the foregoing, this Order is not recordable or enforceable until the debtor receives a discharge in this Chapter 13 case.

6.  Upon notification that the debtor has received a discharge, the creditor shall take all steps necessary to release the lien upon the personal property.

6.  The hearing scheduled for 9:00 a.m. on Tuesday, April 15th, 2025 is cancelled.

###

Submitted By:
Maria I. Escoto-Castiello, Esq.

Address: 2000 S. Dixie Highway, Suite 104-A
Miami, FL 33133
Phone: 305-860-0991

Attorney Maria I. Escoto-Castiello is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.

LF-103 (06/14/10)